UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| ON-LINE TRAVEL COMPANY (OTC) HOTEL BOOKING ANTITRUST LITIGATION | § § § § § | Case No. 3:12-MD-2405-B (This document relates to all cases.) |

## AMENDED ORDER SETTING STATUS CONFERENCE[1]

In light of the recent transfer of these cases by the Judicial Panel on Multidistrict Litigation and also the filing of related cases within the Northern District of Texas, a status conference is set for:

**Monday, February 25, 2013 at 10:00 a.m.**
Before Judge Jane J. Boyle
Courtroom 1306, Thirteenth Floor[2]
United States Courthouse
1100 Commerce Street
Dallas, Texas 75242

Lead Counsel for Plaintiffs and Defendants in all cases within and related to MDL 2405[3] are required to attend. At least two days prior to the status conference, Lead Counsel are directed to confirm with the Court and opposing counsel that they know of the setting. At the status conference, Lead Counsel must be prepared to discuss any matters related to the disposition of the MDL cases, including, but not limited to:

---

[1] This Order, which was originally filed on January 25, 2013, has been amended to clarify that this status conference concerns both cases transferred by the MDL Panel and also cases filed within the Northern District of Texas which are related to MDL 2405 but were not transferred by the Panel.

[2] This location is subject to change depending on the number of expected participants.

[3] The Court uses the term "MDL cases" to refer to cases transferred by the MDL Panel in MDL 2405 and also cases filed in the Northern District of Texas that are related to MDL 2405.

- Whether consolidation of some or all of the MDL cases would be appropriate.

- Whether appointment of a special master would aid in resolution of the MDL cases.

- What, if any, organizational structures among counsel (lead counsel, liaison counsel, attorney committees, etc.) would aid in resolution of these cases.

- Other cases that may be transferred to this Court by the MDL Panel.

- Scheduling issues.

- Proposed case management orders or methods.

Parties may, but are not required, to submit briefing setting forth their positions on these or any other issues. Such briefing, not to exceed ten (10) pages, shall be filed via ECF at least five (5) days before the conference.[4]

**SO ORDERED.**

**DATED: February 13, 2013**.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

---

[4] Parties should file any briefing in connection with this status conference on the docket in both 3:12-md-3405-B and the dockets for their respective individual cases.