# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| In re: On-Line Travel Company (OTC) / Hotel | ) | Case No.   3:12-cv-3515-B |
| Booking Antitrust Litigation | ) | |
| | ) | |
| | ) | |

**DEFENDANTS TRAVELOCITY.COM LP'S AND SABRE HOLDINGS CORPORATION'S APPENDIX OF EXHIBITS IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION AND FOR AN ORDER EXCLUDING CERTAIN CLAIMS OF PUTATIVE CLASS MEMBERS**

| Travelocity Appendix Exhibit | Description | Pages |
|---|---|---|
| 1 | Declaration of Francisco Trejo | 3-4 |
| 2 | Screenshot of webpage requiring user to agree to Travelocity's User Agreement before completing reservation | 5-6 |
| 3 | Travelocity's User Agreement, effective February 4, 2010 – April 15, 2010 | 7-16 |
| 4 | Travelocity's User Agreement, effective April 16, 2010 – January 31, 2011 | 17-26 |
| 5 | Travelocity's User Agreement, effective February 1, 2011 - present | 27-36 |

Dated:  April 1, 2013
        Washington, D.C.

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP


By: */s/ George S. Cary*
    George S. Cary (D.C. Bar No. 285411)
    Steven J. Kaiser (D.C. Bar No. 454251)

2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500
(202) 974-1999 (facsimile)
gcary@cgsh.com
skaiser@cgsh.com

*Attorneys for Travelocity.com LP and Sabre Holdings Corporation.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| In re: On-Line Travel Company (OTC) / Hotel Booking Antitrust Litigation | Case No.   3:12-MD-3515-B |

### DECLARATION OF FRANCISCO TREJO

I, Francisco Trejo, declare as follows:

1.     I am the Director of Product Management at Travelocity.com LP. I have held this position since February 2012. I have worked at Travelocity.com LP since September 2005. From February 1998 to September 2005, I worked at Sabre Holdings Corporation.

2.     If called to testify live, I could and would testify to the following based on personal knowledge.

3.     To purchase a hotel room using the Travelocity.com website, a user must agree to the Travelocity User Agreement. After selecting a hotel and room options, a user reaches a point in the booking process at which he or she must enter billing information for the transaction. To complete a reservation, a user must not only enter valid billing information but also click a button that prominently states that "By clicking 'Agree and Complete Reservation', you: Agree to the policies stated above and to the Travelocity User Agreement." On the website, the words "User Agreement" in the above-quoted language contain a link to the full Travelocity User Agreement. Ultimately, a user completes a reservation by clicking a button that

states "Agree and Complete Reservation." In that way, it is impossible for a user to complete a reservation without also clicking a button acknowledging agreement to the Travelocity User Agreement, a copy of which is easily accessible from the same screen. Attached hereto as Exhibit A is a true and correct copy of a screen shot of the webpage described above.

4.    Since February 4, 2010, Travelocity's User Agreement, to which a user was required to agree before completing a hotel room reservation, has contained an arbitration clause and class action waiver provision. Attached hereto as Exhibits B-D are true and correct copies of Travelocity's User Agreement, effective from February 4, 2010 to April 15, 2010, from April 16, 2010 to January 31, 2011, and from February 1, 2011 to the present.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 1, 2013

_____

Francisco Trejo

Terri G. Ray
Notary Public,
State of Texas
Comm. Exp. 09-02-15

Sworn before me this _01_ day of _April_, 20_13_.

_____
Notary Public

2

# Exhibit A



# Exhibit B

## USER AGREEMENT

**PLEASE READ THIS USER AGREEMENT CAREFULLY BEFORE USING THIS SITE.** Your use of this site is expressly conditioned on your acceptance of the terms and conditions of this User Agreement. By using this site, you signify your agreement to these terms and conditions. If you do not agree with any part of these terms and conditions, you may not use this site. Travelocity may at any time modify this User Agreement and your continued use of this site or Travelocity's services will be conditioned upon the terms and conditions in force at the time of your use.

### AGE AND RESPONSIBILITY

You represent that you are of sufficient legal age to use this site and to create binding legal obligations for any liability you may incur as a result of the use of this site. If you use this site, you are responsible for maintaining the confidentiality of your account information and your password. You agree to accept responsibility for all activities that occur under your account or password. You understand that you are responsible for all uses of this site by you and those using your login information.

### OWNERSHIP

This site, and each of its modules, together with the arrangement and compilation of the content found on this site, is the copyrighted property of Travelocity.com LP (together with its corporate affiliates, "Travelocity") and/or its third party suppliers and content providers ("Third Party Suppliers"). Certain data relating to schedules is the copyrighted work of third party information providers. In addition, the trademarks, logos and service marks displayed on this site (collectively, the "Trademarks") are registered and common law Trademarks of Travelocity and/or its Third Party Suppliers. Nothing contained on this site should be construed as granting, by implication, estoppel, or otherwise, any license or right to use any of the Trademarks without the written permission of Travelocity, or such other party that may own the Trademarks. This site and the content provided in this site, including the text, graphics, button icons, audio and video clips, digital downloads, data compilations and software, may not be copied, reproduced, republished, uploaded, posted, transmitted or distributed without the written permission of Travelocity, and/or its Third Party Suppliers, except that you may download, display and print the materials presented on this site for your personal, non-commercial use only. You must retain all copyright and trademark notices, including any other proprietary notices, contained in the materials, and you must not alter, obscure or obliterate any of such notices. The use of such materials on any other Web site or in any environment of networked computers is prohibited. Unauthorized use of this site and/or the materials contained on this site may violate applicable copyright, trademark or other intellectual property laws or other laws. You shall be solely liable for any damages resulting from any infringement of copyright, trademark, or other proprietary right, or any other harm resulting from your use of this site.

### USE OF SITE

Travelocity grants you a limited, non-transferable license to access and make personal use of this site in accordance with the terms and conditions of this User Agreement. You may only use this site to make legitimate reservations or purchases for personal, non-commercial use and shall not use this site for any other purpose, including without limitation, to make any speculative, false or

fraudulent reservation or any reservation in anticipation of demand. For avoidance of doubt, this license does not include any resale or commercial use of this site or its contents or any derivative use of this site or its contents. Without limiting the foregoing, you may not:

- use or authorize or permit any third party to use on your behalf any "robot," "spider" or other automatic device, or a program, algorithm or methodology having similar processes or functionality, or any manual process, to monitor or copy any of the Web pages, data or content found on this site, in any case without the prior written consent of Travelocity;
- utilize any software, application, or algorithm, whether integrated in a browser or otherwise, that frames, modifies or adds content to the layout, design, or content of any Travelocity Web page or underlying application;
- transmit or otherwise transfer any Web pages, data or content found on this site to any other computer, server, Web site, or other medium for mass distribution or for use in any commercial enterprise;
- use any device, software or routine to interfere or attempt to interfere with the proper working of this site;
- take any action that imposes a burden or load on our infrastructure that Travelocity deems in its sole discretion to be unreasonable or disproportionate to the benefits Travelocity obtains from your use of the site; or
- post or transmit (a) any unlawful, threatening, libelous, defamatory, obscene, indecent, inflammatory, pornographic or profane information or material, (b) any information or material that (i) could constitute or encourage conduct that would be considered a criminal offense, give rise to civil liability, or otherwise violate any law, (ii) infringes the rights of others or violates their privacy or publicity rights, (iii) is protected by copyright, trademark or other proprietary right (unless with the express written permission of the owner of such right), (iv) contains a virus, bug or other harmful item, or (v) is used to unlawfully collude against another person in restraint of trade or competition.

In its sole discretion, in addition to any other rights or remedies available to Travelocity and without any liability whatsoever, Travelocity at any time and without notice may terminate or restrict your access to this site. If you have been notified by Travelocity that you are prohibited from using the site, then notwithstanding the foregoing you have no license to use the site and any access by you or on your behalf shall be unauthorized and unlawful. Travelocity may provide notice under this or any other section of this agreement via an email sent to the email address contained in your user profile or otherwise used to make a booking on this site, or in any other reasonable manner. Travelocity reserves the right to cancel any and all bookings or other transactions you have made on the site after you have been prohibited from using the site, with no liability whatsoever to you.

**SUBMITTED CONTENT; REVIEW OF TRANSMISSIONS**

These terms and conditions apply to any journals, recommendations, reviews, opinions, news articles, directories, guides, text, photographs, illustrations, graphics, logos, audio clips, images, information, data, photographs, software, messages, ideas, comments, questions, or other materials received by Travelocity from you (collectively "Submitted Content"). Travelocity shall have the right (but not the obligation) to, from time to time monitor and review Submitted Content and any other information transmitted or received through this site and reserves the right to censor, edit, remove or prohibit the transmission or receipt of any information that Travelocity

deems inappropriate or in violation of these terms and conditions. During monitoring, the Submitted Content may be examined, recorded or copied, and your use of this site constitutes your consent to such monitoring and review. You agree that you are responsible for the Submitted Content, and Travelocity disclaims any responsibility and assumes no liability with respect to Submitted Content. By providing Submitted Content, you warrant that: (a) you are the owner of such Submitted Content, or have been granted all the rights necessary from the owner thereof to provide such Submitted Content to Travelocity and for the use by Travelocity as stated herein, and (b) the use of such Submitted Content by Travelocity will not infringe the intellectual property rights of or otherwise violate the rights of any third party. You shall be solely liable for any damages resulting from any infringement of copyright, trademark, or other proprietary right or any other harm resulting from your use of the site. You agree that if you provide Submitted Content, you grant Travelocity a worldwide, non-exclusive, royalty-free, perpetual, irrevocable, and fully sublicenseable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, display, perform, transfer, or sell such Submitted Content in any form, media or technology for any purpose whatsoever, including, without limitation, a commercial purpose, without any compensation to you, and you waive all moral rights with respect thereto. You agree that you will not publish, submit, provide, or display such Submitted Content to or on any other commercial travel-related web-site or on-line service without Travelocity's prior written consent, which consent may be withheld by Travelocity in its sole discretion. Consent may be requested by clicking here. You agree that Travelocity may choose to provide attribution of Submitted Content provided by you (for example, showing your name and hometown on a travel review that you submit) at our sole discretion, and that such Submitted Content may be shared with Travelocity's Third Party Suppliers, distribution partners, customers and other third parties.

**CLAIMS OF COPYRIGHT INFRINGEMENT**
The Digital Millennium Copyright Act of 1998 (as amended, the "DMCA") provides recourse for copyright owners who believe that material appearing on the Internet infringes their rights under U.S. copyright law. If you believe in good faith that materials hosted by us infringe your copyright, you (or your agent) may send us a notice requesting that the material be removed, or access to it blocked. Such notice must include

- An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- A description of the copyrighted work that you claim has been infringed upon;
- A description of where the material that you claim is infringing is located on the site;
- Your address, telephone number, and e-mail address;
- A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;
- A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Notices and counter-notices with respect to the site should be sent to Travelocity.com LP, 3150 Sabre Drive, Southlake, TX 76092, Attn: General Counsel, Fax: 682-605-0068. We suggest that you consult your legal advisor before filing a notice or counter-notice. Also, be aware that there can be penalties for false claims under the DMCA. Please note that the fax number above is NOT for Customer Care; we will not respond to customer service inquiries directed there. To reach

customer care, please click here.

**CURRENCY CONVERSION**

Currency rates are based on various publicly available sources and should be used as guidelines only. Rates are not verified as accurate, and actual rates may vary. Currency quotes are not updated every day. Check the date on the currency converter feature for the day that currency was last updated. The information supplied by this application is believed to be accurate, but Travelocity and/or its Third Party Suppliers do not warrant or guarantee such accuracy. When using this information for any financial purpose, we advise you to consult a qualified professional to verify the accuracy of the currency rates.

**EXCLUSION OF WARRANTIES**

NEITHER TRAVELOCITY NOR ANY OF ITS THIRD PARTY SUPPLIERS MAKE ANY WARRANTY OF ANY KIND REGARDING THIS SITE AND/OR ANY MATERIALS PROVIDED ON THIS SITE, ALL OF WHICH ARE PROVIDED ON AN "AS IS" BASIS. NEITHER TRAVELOCITY NOR ANY OF ITS THIRD PARTY SUPPLIERS WARRANT THE ACCURACY, COMPLETENESS, CURRENCY OR RELIABILITY OF ANY OF THE CONTENT OR DATA FOUND ON THIS SITE AND SUCH PARTIES EXPRESSLY DISCLAIM ALL WARRANTIES AND CONDITIONS, INCLUDING IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT, AND THOSE ARISING BY STATUTE OR OTHERWISE IN LAW OR FROM A COURSE OF DEALING OR USAGE OF TRADE. NEITHER TRAVELOCITY NOR ANY OF ITS THIRD PARTY SUPPLIERS WARRANT THAT THIS SITE, ITS SERVERS OR ANY E-MAIL SENT FROM TRAVELOCITY ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. SOME STATES DO NOT ALLOW THE DISCLAIMER OF IMPLIED WARRANTIES, SO THE FOREGOING DISCLAIMER MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC RIGHTS WHICH VARY FROM STATE TO STATE.

THIS SITE CONTAINS LINKS TO OTHER WEB SITES WHICH ARE PROVIDED SOLELY AS A CONVENIENCE TO YOU AND NOT AS AN ENDORSEMENT BY TRAVELOCITY OR ITS THIRD PARTY SUPPLIERS OF THE CONTENTS OF SUCH OTHER WEB SITES OR THE GOODS OR SERVICES PROVIDED THEREON. NEITHER TRAVELOCITY NOR ANY THIRD PARTY SUPPLIER SHALL BE RESPONSIBLE FOR THE CONTENT OF ANY OTHER WEB SITES AND MAKE NO REPRESENTATION OR WARRANTY REGARDING ANY OTHER WEB SITES OR THE CONTENTS OR MATERIALS ON SUCH WEB SITES OR THE GOODS OR SERVICES PROVIDED THEREON. IF YOU DECIDE TO ACCESS OTHER WEB SITES, OR TO USE SUCH GOODS OR SERVICES, YOU DO SO AT YOUR OWN RISK. BY MARKETING TRAVEL TO INTERNATIONAL DESTINATIONS, TRAVELOCITY DOES NOT REPRESENT OR WARRANT THAT TRAVEL TO SUCH DESTINATIONS IS ADVISABLE OR WITHOUT RISK, AND IS NOT LIABLE FOR DAMAGES OR LOSSES THAT MAY RESULT FROM TRAVEL TO SUCH DESTINATIONS.

TRAVELOCITY EXPRESSLY RESERVES THE RIGHT TO CORRECT ANY PRICING ERRORS (INCLUDING, WITHOUT LIMITATION, TYPOGRAPHICAL OR DISPLAY ERRORS, INCORRECT THIRD PARTY SUPPLIER INFORMATION, AND CURRENCY CONVERSION MISCALCULATIONS) ON THE SITE AND/OR TO CHANGE OR CANCEL PENDING RESERVATIONS MADE UNDER AN INCORRECT PRICE. THIS RIGHT APPLIES WHETHER

OR NOT THE ORDER HAS BEEN CONFIRMED AND/OR YOUR CREDIT CARD CHARGED. IN THE EVENT OF A CORRECTION TO A PENDING RESERVATION, AS YOUR SOLE AND EXCLUSIVE REMEDY WE WILL OFFER YOU THE OPPORTUNITY TO KEEP YOUR PENDING RESERVATION AT THE CORRECT PRICE OR, AT YOUR OPTION, WE WILL CANCEL YOUR RESERVATION WITHOUT PENALTY.

**LIMITATION OF LIABILITY**

TRAVELOCITY ASSUMES NO RESPONSIBILITY FOR, AND SHALL NOT BE LIABLE FOR, ANY DAMAGE TO YOUR COMPUTER EQUIPMENT OR OTHER PROPERTY ON ACCOUNT OF YOUR ACCESS TO, USE OF, OR BROWSING IN THIS SITE OR YOUR DOWNLOADING OF ANY MATERIALS, DATA, TEXT, IMAGES, VIDEO OR AUDIO FROM THE SITE.

IN NO EVENT SHALL TRAVELOCITY OR ANY OF ITS THIRD PARTY SUPPLIERS BE LIABLE FOR ANY INJURY, LOSS, CLAIM, DAMAGE, OR ANY SPECIAL, EXEMPLARY, PUNITIVE, DIRECT, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY KIND (INCLUDING, BUT NOT LIMITED TO LOST PROFITS OR LOST SAVINGS), WHETHER BASED IN CONTRACT, TORT, STRICT LIABILITY, EQUITY OR OTHERWISE, WHICH ARISE OUT OF OR ARE IN ANY WAY CONNECTED WITH (I) ANY USE OF THIS SITE OR CONTENT FOUND HEREIN, (II) ANY FAILURE OR DELAY (INCLUDING, BUT NOT LIMITED TO THE USE OF OR INABILITY TO USE ANY COMPONENT OF THIS SITE FOR RESERVATIONS OR TICKETING), OR (III) THE PERFORMANCE OR NON PERFORMANCE BY TRAVELOCITY OR ANY OF ITS THIRD PARTY SUPPLIERS, INCLUDING, BUT NOT LIMITED TO, NON PERFORMANCE RESULTING FROM BANKRUPTCY, REORGANIZATION, INSOLVENCY, DISSOLUTION OR LIQUIDATION EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF DAMAGES TO SUCH PARTIES OR ANY OTHER PARTY.

THE THIRD PARTY SUPPLIERS PROVIDING TRAVEL OR OTHER SERVICES ON THIS SITE ARE INDEPENDENT CONTRACTORS AND NOT AGENTS OR EMPLOYEES OF TRAVELOCITY. TRAVELOCITY IS NOT LIABLE FOR THE UNINTENTIONAL OR INTENTIONAL ACTS, ERRORS, OMISSIONS, REPRESENTATIONS, WARRANTIES, BREACHES OR NEGLIGENCE OF ANY SUCH THIRD PARTY SUPPLIERS OR AGENTS OF THIRD PARTY SUPPLIERS OR FOR ANY PERSONAL INJURIES, DEATH, PROPERTY DAMAGE, OR OTHER DAMAGES OR EXPENSES RESULTING THEREFROM. TRAVELOCITY SHALL HAVE NO LIABILITY AND WILL MAKE NO REFUND IN THE EVENT OF ANY DELAY, CANCELLATION, OVERBOOKING, STRIKE, FORCE MAJEURE OR OTHER CAUSES BEYOND ITS DIRECT CONTROL, AND SHALL HAVE NO RESPONSIBILITY FOR ANY ADDITIONAL EXPENSE, OMISSIONS, DELAYS, RE-ROUTING OR ACTS OF ANY GOVERNMENT OR AUTHORITY.

IF, NOTWITHSTANDING THE FOREGOING, TRAVELOCITY OR ANY THIRD PARTY SUPPLIER SHOULD BE FOUND LIABLE FOR ANY LOSS OR DAMAGE WHICH ARISES OUT OF OR IS IN ANY WAY CONNECTED WITH ANY OF THE ABOVE DESCRIBED FUNCTIONS OR USES OF THIS SITE OR ITS CONTENT, THE LIABILITY OF TRAVELOCITY AND THE THIRD PARTY SUPPLIERS SHALL IN NO EVENT EXCEED, IN THE AGGREGATE, THE TOTAL AMOUNT PAID TO TRAVELOCITY IN CONNECTION THEREWITH. SOME STATES OR JURISDICTIONS, TO THE EXTENT THEIR LAW MIGHT BE DEEMED TO APPLY NOTWITHSTANDING THE SELECTION OF TEXAS LAW AS DESCRIBED BELOW, DO NOT ALLOW LIMITATION OF LIABILITY, SO THE FOREGOING LIMITATION MAY NOT APPLY TO

YOU.

**INDEMNIFICATION**

You shall defend and indemnify Travelocity and any Third Party Suppliers and its and their respective owners, officers, directors, employees and agents from and against any claim, cause of action or demand, including without limitation reasonable legal and accounting fees, brought by or on your behalf in excess of the liability described herein or by third parties as a result of your use of this site (including without limitation any violation by you of these terms and conditions any law or the rights of a third party).

**RESOLUTION OF DISPUTES**

This User Agreement and its performance shall be governed by the laws of the State of Texas, United States of America, without regard to conflict of laws provisions that would result in the application of the laws of any other jurisdiction. If a dispute does arise between you and Travelocity, our goal is to provide you with a neutral and cost effective means of resolving the dispute quickly. Accordingly, you and Travelocity agree that we shall resolve any action, claim or controversy at law or equity (a "Claim") that arises out of your use of this site or our services, this User Agreement, or the parties' relationship in connection with this site or this User Agreement in accordance with one of the subsections below or as otherwise mutually agreed by the parties in writing. Before resorting to these alternatives, we strongly encourage you to first contact us directly to seek a resolution by contacting Customer Care, since most customer concerns can be resolved quickly and satisfactorily in this manner.

▪   **Submission to Jurisdiction in Texas** - You agree that unless otherwise mutually agreed by the parties in writing or as described in the Mandatory Arbitration subsection below, any Claims shall be brought in the state or federal courts located in Tarrant County, the State of Texas, United States of America. Unless otherwise prohibited by applicable law, any Claim must be brought within two (2) years from the date on which such Claim arose or accrued.

▪   **Mandatory Arbitration** - Any Claim where the total amount in controversy is less than US$10,000, shall be resolved via binding, non-appearance-based arbitration initiated through the American Arbitration Association ("AAA"). The AAA Rules are available online at www.adr.org or by calling the AAA at 1-800-778-7879. AAA and the parties must comply with the following rules: (a) the arbitration shall be conducted by telephone, online and/or be solely based on written submissions, the specific manner shall be chosen by the party initiating the arbitration; (b) the arbitration shall be conducted by an arbitrator in Tarrant County, Texas who is approved or otherwise affiliated with the AAA; (c) the arbitration shall not involve any personal appearance by the parties or witnesses unless otherwise mutually agreed by the parties in writing; (d) the arbitrator may award injunctive or declaratory relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim; (e) unless otherwise mutually agreed by the parties in writing, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding; and (f) any judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction. If subparagraph (e) above is found to be unenforceable, then the entirety of this Mandatory Arbitration provision shall be null and void. **YOU UNDERSTAND AND AGREE THAT, BY ENTERING INTO THIS USER AGREEMENT, YOU AND TRAVELOCITY ARE EACH**

**WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION WITH RESPECT TO THE CLAIMS COVERED BY THIS MANDATORY ARBITRATION PROVISION.**

▪ **Improperly Filed Claims** - All Claims you bring against Travelocity must be resolved in accordance with this Resolution of Disputes Section. All Claims filed or brought contrary to the Resolution of Disputes Section shall be considered improperly filed and void. Should you file a Claim contrary to the Resolution of Disputes Section, Travelocity may recover attorneys' fees and costs up to $1,000, provided that Travelocity has notified you in writing of the improperly filed Claim, and you have failed to promptly withdraw the Claim.

**ATTORNEY'S FEES**

If Travelocity takes any action to enforce this User Agreement, and such Claim is not resolved pursuant to the Mandatory Arbitration provision under RESOLUTION OF DISPUTES, above, Travelocity will be entitled to recover from you, and you agree to pay, all reasonable attorney's fees and any costs of litigation, in addition to any other relief, at law or in equity, to which Travelocity may be entitled. Moreover, you agree that Travelocity may debit your credit or debit card or charge you for any such amounts.

**INJUNCTIVE RELIEF**

You acknowledge that a violation or attempted violation of any of this User Agreement will cause such damage to Travelocity as will be irreparable, the exact amount of which would be impossible or difficult to ascertain and for which there will be no adequate remedy at law. Accordingly, you agree that Travelocity shall be entitled as a matter of right to seek an injunction from any court of competent jurisdiction, restraining such violation or attempted violation of these terms and conditions by you, or your affiliates, partners, or agents, without having to post a bond or other security.

**PRIVACY**

You have read the Travelocity Privacy Policy, the terms of which are incorporated herein, and you agree that the terms of such policy are reasonable. You consent to the use of your personal information by Travelocity and/or its Third Party Suppliers in accordance with the terms of and for the purposes set forth in the Travelocity Privacy Policy.

**TAXES, GOVERNMENTAL FEES, TAX RECOVERY CHARGES AND SERVICE FEES**

A number of taxes, governmental fees, Tax Recovery Charges, and service fees may apply to your transactions on this site. You have read the pop-up entitled "Information on Taxes, Governmental Fees, Tax Recovery Charges and Service Fees", the terms of which are incorporated herein, and you consent to our policies set forth therein.

**ADDITIONAL TERMS AND CONDITIONS**

Additional terms and conditions of Travelocity and/or its Third Party Suppliers may apply to reservations, purchases of goods and services and other uses of portions of this site and our services. You agree to abide by any such additional terms and conditions and you understand that if you violate any such terms and conditions, it may result in cancellation of your reservation(s), in your being denied access to the applicable travel product or services, and in your forfeiting any amounts paid for such reservation(s). Travelocity may debit your credit or debit

card account or charge you for any costs we incur as a result of such violation. You acknowledge that some Third Party Suppliers offering certain services and/or activities may require you to sign their liability waiver prior to participating in the service and/or activity they offer.

**MISCELLANEOUS**

The relationship between Travelocity and you will be that of independent contractors, and neither of us nor any of our respective officers, agents or employees will be held or construed to be partners, joint ventures, fiduciaries, employees or agents of the other. You may not assign, convey, subcontract or delegate your rights, duties or obligations hereunder. These terms and conditions shall be deemed severable. In the event that any provision is determined to be unenforceable or invalid, such provision shall nonetheless be enforced to the fullest extent permitted by applicable law, and such determination shall not affect the validity and enforceability of any other remaining provisions. The headings used in this User Agreement are included for convenience only and will not limit or otherwise affect the terms and conditions herein. This User Agreement, together with any terms and conditions incorporated herein or referred to herein constitute the entire agreement between us relating to the subject matter hereof, and supersedes any prior understandings or agreements (whether oral or written) regarding the subject matter, and may not be amended or modified except in writing or by making such amendments or modifications available on this site.

**SELLER OF TRAVEL REGISTRATIONS**

Travelocity is registered as a seller of travel in each of the states listed below:

- California registration number: 2056372-50 -- Registration as a California Seller of Travel does not constitute approval by the State of California.
- Florida registration number: ST-34200
- Hawaii registration number: TAR-6436
- Iowa registration number: 679
- Nevada registration number: 2004-0114 -- NOTE: You may be eligible for payment from the State of Nevada Recovery Fund for Consumers Damaged by Sellers of Travel if you have paid money to a seller of travel registered in Nevada for the purchase of travel services or a vacation certificate and you have suffered certain financial damages as a result of the transaction. To obtain information relating to your rights under the Recovery Fund and the filing of a claim for recovery from the Recovery Fund, you may contact the Consumer Affairs Division of the Department of Business and Industry in the State of Nevada at the following locations: Southern Nevada:

1850 East Sahara Avenue, Suite 101
Las Vegas, Nevada 89104
Phone: (702) 486-7355
Fax: (702) 486-7371
ncad@fyiconsumer.org

Northern Nevada:
4600 Kietzke Lane
Building B, Suite 113

Reno, Nevada 89502
Phone: (775) 688-1800
Fax: (775) 688-1803
renocad@fyiconsumer.org
- Washington registration number: 602119764

Last Revised February 4, 2010

# Exhibit C

## USER AGREEMENT

**PLEASE READ THIS USER AGREEMENT CAREFULLY BEFORE USING THIS SITE.** Your use of this site is expressly conditioned on your acceptance of the terms and conditions of this User Agreement. By using this site, you signify your agreement to these terms and conditions. If you do not agree with any part of these terms and conditions, you may not use this site. Travelocity may at any time modify this User Agreement and your continued use of this site or Travelocity's services will be conditioned upon the terms and conditions in force at the time of your use.

### AGE AND RESPONSIBILITY

You represent that you are of sufficient legal age to use this site and to create binding legal obligations for any liability you may incur as a result of the use of this site. If you use this site, you are responsible for maintaining the confidentiality of your account information and your password. You agree to accept responsibility for all activities that occur under your account or password. You understand that you are responsible for all uses of this site by you and those using your login information.

### OWNERSHIP

This site, and each of its modules, together with the arrangement and compilation of the content found on this site, is the copyrighted property of Travelocity.com LP (together with its corporate affiliates, "Travelocity") and/or its third party suppliers and content providers ("Third Party Suppliers"). Certain data relating to schedules is the copyrighted work of third party information providers. In addition, the trademarks, logos and service marks displayed on this site (collectively, the "Trademarks") are registered and common law Trademarks of Travelocity and/or its Third Party Suppliers. Nothing contained on this site should be construed as granting, by implication, estoppel, or otherwise, any license or right to use any of the Trademarks without the written permission of Travelocity, or such other party that may own the Trademarks. This site and the content provided in this site, including the text, graphics, button icons, audio and video clips, digital downloads, data compilations and software, may not be copied, reproduced, republished, uploaded, posted, transmitted or distributed without the written permission of Travelocity, and/or its Third Party Suppliers, except that you may download, display and print the materials presented on this site for your personal, non-commercial use only. You must retain all copyright and trademark notices, including any other proprietary notices, contained in the materials, and you must not alter, obscure or obliterate any of such notices. The use of such materials on any other Web site or in any environment of networked computers is prohibited. Unauthorized use of this site and/or the materials contained on this site may violate applicable copyright, trademark or other intellectual property laws or other laws. You shall be solely liable for any damages resulting from any infringement of copyright, trademark, or other proprietary right, or any other harm resulting from your use of this site.

### USE OF SITE

Travelocity grants you a limited, non-transferable license to access and make personal use of this site in accordance with the terms and conditions of this User Agreement. You may only use this site to make legitimate reservations or purchases for personal, non-commercial use and shall not use this site for any other purpose, including without limitation, to make any speculative, false or

fraudulent reservation or any reservation in anticipation of demand. For avoidance of doubt, this license does not include any resale or commercial use of this site or its contents or any derivative use of this site or its contents. Without limiting the foregoing, you may not:

▪ use or authorize or permit any third party to use on your behalf any "robot," "spider" or other automatic device, or a program, algorithm or methodology having similar processes or functionality, or any manual process, to monitor or copy any of the Web pages, data or content found on this site, in any case without the prior written consent of Travelocity;

▪ utilize any software, application, or algorithm, whether integrated in a browser or otherwise, that frames, modifies or adds content to the layout, design, or content of any Travelocity Web page or underlying application;

▪ transmit or otherwise transfer any Web pages, data or content found on this site to any other computer, server, Web site, or other medium for mass distribution or for use in any commercial enterprise;

▪ use any device, software or routine to interfere or attempt to interfere with the proper working of this site;

▪ take any action that imposes a burden or load on our infrastructure that Travelocity deems in its sole discretion to be unreasonable or disproportionate to the benefits Travelocity obtains from your use of the site; or

▪ post or transmit (a) any unlawful, threatening, libelous, defamatory, obscene, indecent, inflammatory, pornographic or profane information or material, (b) any information or material that (i) could constitute or encourage conduct that would be considered a criminal offense, give rise to civil liability, or otherwise violate any law, (ii) infringes the rights of others or violates their privacy or publicity rights, (iii) is protected by copyright, trademark or other proprietary right (unless with the express written permission of the owner of such right), (iv) contains a virus, bug or other harmful item, or (v) is used to unlawfully collude against another person in restraint of trade or competition.

In its sole discretion, in addition to any other rights or remedies available to Travelocity and without any liability whatsoever, Travelocity at any time and without notice may terminate or restrict your access to this site. If you have been notified by Travelocity that you are prohibited from using the site, then notwithstanding the foregoing you have no license to use the site and any access by you or on your behalf shall be unauthorized and unlawful. Travelocity may provide notice under this or any other section of this agreement via an email sent to the email address contained in your user profile or otherwise used to make a booking on this site, or in any other reasonable manner. Travelocity reserves the right to cancel any and all bookings or other transactions you have made on the site after you have been prohibited from using the site, with no liability whatsoever to you.

**SUBMITTED CONTENT; REVIEW OF TRANSMISSIONS**

These terms and conditions apply to any journals, recommendations, reviews, opinions, news articles, directories, guides, text, photographs, illustrations, graphics, logos, audio clips, images, information, data, photographs, software, messages, ideas, comments, questions, or other materials received by Travelocity from you (collectively "Submitted Content"). Travelocity shall have the right (but not the obligation) to, from time to time monitor and review Submitted Content and any other information transmitted or received through this site and reserves the right to censor, edit, remove or prohibit the transmission or receipt of any information that Travelocity

deems inappropriate or in violation of these terms and conditions. During monitoring, the Submitted Content may be examined, recorded or copied, and your use of this site constitutes your consent to such monitoring and review. You agree that you are responsible for the Submitted Content, and Travelocity disclaims any responsibility and assumes no liability with respect to Submitted Content. By providing Submitted Content, you warrant that: (a) you are the owner of such Submitted Content, or have been granted all the rights necessary from the owner thereof to provide such Submitted Content to Travelocity and for the use by Travelocity as stated herein, and (b) the use of such Submitted Content by Travelocity will not infringe the intellectual property rights of or otherwise violate the rights of any third party. You shall be solely liable for any damages resulting from any infringement of copyright, trademark, or other proprietary right or any other harm resulting from your use of the site. You agree that if you provide Submitted Content, you grant Travelocity a worldwide, non-exclusive, royalty-free, perpetual, irrevocable, and fully sublicenseable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, display, perform, transfer, or sell such Submitted Content in any form, media or technology for any purpose whatsoever, including, without limitation, a commercial purpose, without any compensation to you, and you waive all moral rights with respect thereto. You further grant Travelocity the right to pursue at law any person or entity that violates your or Travelocity?s rights in the Submitted Content by a breach of this User Agreement. You agree that you will not publish, submit, provide, or display such Submitted Content to or on any other commercial travel-related web-site or on-line service without Travelocity's prior written consent, which consent may be withheld by Travelocity in its sole discretion. Consent may be requested by [clicking here](). You agree that Travelocity may choose to provide attribution of Submitted Content provided by you (for example, showing your name and hometown on a travel review that you submit) at our sole discretion, and that such Submitted Content may be shared with Travelocity's Third Party Suppliers, distribution partners, customers and other third parties.

**CLAIMS OF COPYRIGHT INFRINGEMENT**

The Digital Millennium Copyright Act of 1998 (as amended, the "DMCA") provides recourse for copyright owners who believe that material appearing on the Internet infringes their rights under U.S. copyright law. If you believe in good faith that materials hosted by us infringe your copyright, you (or your agent) may send us a notice requesting that the material be removed, or access to it blocked. Such notice must include

- An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- A description of the copyrighted work that you claim has been infringed upon;
- A description of where the material that you claim is infringing is located on the site;
- Your address, telephone number, and e-mail address;
- A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;
- A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Notices and counter-notices with respect to the site should be sent to Travelocity.com LP, 3150 Sabre Drive, Southlake, TX 76092, Attn: General Counsel, Fax: 682-605-0068. We suggest that you consult your legal advisor before filing a notice or counter-notice. Also, be aware that there

can be penalties for false claims under the DMCA. Please note that the fax number above is NOT for Customer Care; we will not respond to customer service inquiries directed there. To reach customer care, please click here.

**CURRENCY CONVERSION**

Currency rates are based on various publicly available sources and should be used as guidelines only. Rates are not verified as accurate, and actual rates may vary. Currency quotes are not updated every day. Check the date on the currency converter feature for the day that currency was last updated. The information supplied by this application is believed to be accurate, but Travelocity and/or its Third Party Suppliers do not warrant or guarantee such accuracy. When using this information for any financial purpose, we advise you to consult a qualified professional to verify the accuracy of the currency rates.

**EXCLUSION OF WARRANTIES**

NEITHER TRAVELOCITY NOR ANY OF ITS THIRD PARTY SUPPLIERS MAKE ANY WARRANTY OF ANY KIND REGARDING THIS SITE AND/OR ANY MATERIALS PROVIDED ON THIS SITE, ALL OF WHICH ARE PROVIDED ON AN "AS IS" BASIS. NEITHER TRAVELOCITY NOR ANY OF ITS THIRD PARTY SUPPLIERS WARRANT THE ACCURACY, COMPLETENESS, CURRENCY OR RELIABILITY OF ANY OF THE CONTENT OR DATA FOUND ON THIS SITE AND SUCH PARTIES EXPRESSLY DISCLAIM ALL WARRANTIES AND CONDITIONS, INCLUDING IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT, AND THOSE ARISING BY STATUTE OR OTHERWISE IN LAW OR FROM A COURSE OF DEALING OR USAGE OF TRADE. NEITHER TRAVELOCITY NOR ANY OF ITS THIRD PARTY SUPPLIERS WARRANT THAT THIS SITE, ITS SERVERS OR ANY E-MAIL SENT FROM TRAVELOCITY ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. SOME STATES DO NOT ALLOW THE DISCLAIMER OF IMPLIED WARRANTIES, SO THE FOREGOING DISCLAIMER MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC RIGHTS WHICH VARY FROM STATE TO STATE.

THIS SITE CONTAINS LINKS TO OTHER WEB SITES WHICH ARE PROVIDED SOLELY AS A CONVENIENCE TO YOU AND NOT AS AN ENDORSEMENT BY TRAVELOCITY OR ITS THIRD PARTY SUPPLIERS OF THE CONTENTS OF SUCH OTHER WEB SITES OR THE GOODS OR SERVICES PROVIDED THEREON. NEITHER TRAVELOCITY NOR ANY THIRD PARTY SUPPLIER SHALL BE RESPONSIBLE FOR THE CONTENT OF ANY OTHER WEB SITES AND MAKE NO REPRESENTATION OR WARRANTY REGARDING ANY OTHER WEB SITES OR THE CONTENTS OR MATERIALS ON SUCH WEB SITES OR THE GOODS OR SERVICES PROVIDED THEREON. IF YOU DECIDE TO ACCESS OTHER WEB SITES, OR TO USE SUCH GOODS OR SERVICES, YOU DO SO AT YOUR OWN RISK. BY MARKETING TRAVEL TO INTERNATIONAL DESTINATIONS, TRAVELOCITY DOES NOT REPRESENT OR WARRANT THAT TRAVEL TO SUCH DESTINATIONS IS ADVISABLE OR WITHOUT RISK, AND IS NOT LIABLE FOR DAMAGES OR LOSSES THAT MAY RESULT FROM TRAVEL TO SUCH DESTINATIONS.

TRAVELOCITY EXPRESSLY RESERVES THE RIGHT TO CORRECT ANY PRICING ERRORS (INCLUDING, WITHOUT LIMITATION, TYPOGRAPHICAL OR DISPLAY ERRORS, INCORRECT THIRD PARTY SUPPLIER INFORMATION, AND CURRENCY CONVERSION

MISCALCULATIONS) ON THE SITE AND/OR TO CHANGE OR CANCEL PENDING
RESERVATIONS MADE UNDER AN INCORRECT PRICE. THIS RIGHT APPLIES WHETHER
OR NOT THE ORDER HAS BEEN CONFIRMED AND/OR YOUR CREDIT CARD CHARGED. IN
THE EVENT OF A CORRECTION TO A PENDING RESERVATION, AS YOUR SOLE AND
EXCLUSIVE REMEDY WE WILL OFFER YOU THE OPPORTUNITY TO KEEP YOUR PENDING
RESERVATION AT THE CORRECT PRICE OR, AT YOUR OPTION, WE WILL CANCEL YOUR
RESERVATION WITHOUT PENALTY.

**LIMITATION OF LIABILITY**

TRAVELOCITY ASSUMES NO RESPONSIBILITY FOR, AND SHALL NOT BE LIABLE FOR,
ANY DAMAGE TO YOUR COMPUTER EQUIPMENT OR OTHER PROPERTY ON ACCOUNT
OF YOUR ACCESS TO, USE OF, OR BROWSING IN THIS SITE OR YOUR DOWNLOADING
OF ANY MATERIALS, DATA, TEXT, IMAGES, VIDEO OR AUDIO FROM THE SITE.
IN NO EVENT SHALL TRAVELOCITY OR ANY OF ITS THIRD PARTY SUPPLIERS BE LIABLE
FOR ANY INJURY, LOSS, CLAIM, DAMAGE, OR ANY SPECIAL, EXEMPLARY, PUNITIVE,
DIRECT, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY KIND
(INCLUDING, BUT NOT LIMITED TO LOST PROFITS OR LOST SAVINGS), WHETHER BASED
IN CONTRACT, TORT, STRICT LIABILITY, EQUITY OR OTHERWISE, WHICH ARISE OUT OF
OR ARE IN ANY WAY CONNECTED WITH (I) ANY USE OF THIS SITE OR CONTENT FOUND
HEREIN, (II) ANY FAILURE OR DELAY (INCLUDING, BUT NOT LIMITED TO THE USE OF OR
INABILITY TO USE ANY COMPONENT OF THIS SITE FOR RESERVATIONS OR TICKETING),
OR (III) THE PERFORMANCE OR NON PERFORMANCE BY TRAVELOCITY OR ANY OF ITS
THIRD PARTY SUPPLIERS, INCLUDING, BUT NOT LIMITED TO, NON PERFORMANCE
RESULTING FROM BANKRUPTCY, REORGANIZATION, INSOLVENCY, DISSOLUTION OR
LIQUIDATION EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
DAMAGES TO SUCH PARTIES OR ANY OTHER PARTY.
THE THIRD PARTY SUPPLIERS PROVIDING TRAVEL OR OTHER SERVICES ON THIS SITE
ARE INDEPENDENT CONTRACTORS AND NOT AGENTS OR EMPLOYEES OF
TRAVELOCITY. TRAVELOCITY IS NOT LIABLE FOR THE UNINTENTIONAL OR
INTENTIONAL ACTS, ERRORS, OMISSIONS, REPRESENTATIONS, WARRANTIES,
BREACHES OR NEGLIGENCE OF ANY SUCH THIRD PARTY SUPPLIERS OR AGENTS OF
THIRD PARTY SUPPLIERS OR FOR ANY PERSONAL INJURIES, DEATH, PROPERTY
DAMAGE, OR OTHER DAMAGES OR EXPENSES RESULTING THEREFROM.
TRAVELOCITY SHALL HAVE NO LIABILITY AND WILL MAKE NO REFUND IN THE EVENT OF
ANY DELAY, CANCELLATION, OVERBOOKING, STRIKE, FORCE MAJEURE OR OTHER
CAUSES BEYOND ITS DIRECT CONTROL, AND SHALL HAVE NO RESPONSIBILITY FOR
ANY ADDITIONAL EXPENSE, OMISSIONS, DELAYS, RE-ROUTING OR ACTS OF ANY
GOVERNMENT OR AUTHORITY.
IF, NOTWITHSTANDING THE FOREGOING, TRAVELOCITY OR ANY THIRD PARTY
SUPPLIER SHOULD BE FOUND LIABLE FOR ANY LOSS OR DAMAGE WHICH ARISES OUT
OF OR IS IN ANY WAY CONNECTED WITH ANY OF THE ABOVE DESCRIBED FUNCTIONS
OR USES OF THIS SITE OR ITS CONTENT, THE LIABILITY OF TRAVELOCITY AND THE
THIRD PARTY SUPPLIERS SHALL IN NO EVENT EXCEED, IN THE AGGREGATE, THE
TOTAL AMOUNT PAID TO TRAVELOCITY IN CONNECTION THEREWITH. SOME STATES
OR JURISDICTIONS, TO THE EXTENT THEIR LAW MIGHT BE DEEMED TO APPLY

NOTWITHSTANDING THE SELECTION OF TEXAS LAW AS DESCRIBED BELOW, DO NOT ALLOW LIMITATION OF LIABILITY, SO THE FOREGOING LIMITATION MAY NOT APPLY TO YOU.

**INDEMNIFICATION**

You shall defend and indemnify Travelocity and any Third Party Suppliers and its and their respective owners, officers, directors, employees and agents from and against any claim, cause of action or demand, including without limitation reasonable legal and accounting fees, brought by or on your behalf in excess of the liability described herein or by third parties as a result of your use of this site (including without limitation any violation by you of these terms and conditions any law or the rights of a third party).

**RESOLUTION OF DISPUTES**

This User Agreement and its performance shall be governed by the laws of the State of Texas, United States of America, without regard to conflict of laws provisions that would result in the application of the laws of any other jurisdiction. If a dispute does arise between you and Travelocity, our goal is to provide you with a neutral and cost effective means of resolving the dispute quickly. Accordingly, you and Travelocity agree that we shall resolve any action, claim or controversy at law or equity (a "Claim") that arises out of your use of this site or our services, this User Agreement, or the parties' relationship in connection with this site or this User Agreement in accordance with one of the subsections below or as otherwise mutually agreed by the parties in writing. Before resorting to these alternatives, we strongly encourage you to first contact us directly to seek a resolution by contacting Customer Care, since most customer concerns can be resolved quickly and satisfactorily in this manner.

- **Submission to Jurisdiction in Texas** - You agree that unless otherwise mutually agreed by the parties in writing or as described in the Mandatory Arbitration subsection below, any Claims shall be brought in the state or federal courts located in Tarrant County, the State of Texas, United States of America. Unless otherwise prohibited by applicable law, any Claim must be brought within two (2) years from the date on which such Claim arose or accrued.

- **Mandatory Arbitration** - Any Claim where the total amount in controversy is less than US$10,000, shall be resolved via binding, non-appearance-based arbitration initiated through the American Arbitration Association ("AAA"). The AAA Rules are available online at www.adr.org or by calling the AAA at 1-800-778-7879. AAA and the parties must comply with the following rules: (a) the arbitration shall be conducted by telephone, online and/or be solely based on written submissions, the specific manner shall be chosen by the party initiating the arbitration; (b) the arbitration shall be conducted by an arbitrator in Tarrant County, Texas who is approved or otherwise affiliated with the AAA; (c) the arbitration shall not involve any personal appearance by the parties or witnesses unless otherwise mutually agreed by the parties in writing; (d) the arbitrator may award injunctive or declaratory relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim; (e) unless otherwise mutually agreed by the parties in writing, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding; and (f) any judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction. If subparagraph (e) above is found to be unenforceable, then the entirety of this Mandatory

Arbitration provision shall be null and void. **YOU UNDERSTAND AND AGREE THAT, BY ENTERING INTO THIS USER AGREEMENT, YOU AND TRAVELOCITY ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION WITH RESPECT TO THE CLAIMS COVERED BY THIS MANDATORY ARBITRATION PROVISION.**

▪ **Improperly Filed Claims** - All Claims you bring against Travelocity must be resolved in accordance with this Resolution of Disputes Section. All Claims filed or brought contrary to the Resolution of Disputes Section shall be considered improperly filed and void. Should you file a Claim contrary to the Resolution of Disputes Section, Travelocity may recover attorneys' fees and costs up to $1,000, provided that Travelocity has notified you in writing of the improperly filed Claim, and you have failed to promptly withdraw the Claim.

**ATTORNEY'S FEES**

If Travelocity takes any action to enforce this User Agreement, and such Claim is not resolved pursuant to the Mandatory Arbitration provision under RESOLUTION OF DISPUTES, above, Travelocity will be entitled to recover from you, and you agree to pay, all reasonable attorney's fees and any costs of litigation, in addition to any other relief, at law or in equity, to which Travelocity may be entitled. Moreover, you agree that Travelocity may debit your credit or debit card or charge you for any such amounts.

**INJUNCTIVE RELIEF**

You acknowledge that a violation or attempted violation of any of this User Agreement will cause such damage to Travelocity as will be irreparable, the exact amount of which would be impossible or difficult to ascertain and for which there will be no adequate remedy at law. Accordingly, you agree that Travelocity shall be entitled as a matter of right to seek an injunction from any court of competent jurisdiction, restraining such violation or attempted violation of these terms and conditions by you, or your affiliates, partners, or agents, without having to post a bond or other security.

**PRIVACY**

You have read the Travelocity Privacy Policy, the terms of which are incorporated herein, and you agree that the terms of such policy are reasonable. You consent to the use of your personal information by Travelocity and/or its Third Party Suppliers in accordance with the terms of and for the purposes set forth in the Travelocity Privacy Policy.

**TAXES, GOVERNMENTAL FEES, TAX RECOVERY CHARGES AND SERVICE FEES**

A number of taxes, governmental fees, Tax Recovery Charges, and service fees may apply to your transactions on this site. You have read the pop-up entitled "Information on Taxes, Governmental Fees, Tax Recovery Charges and Service Fees", the terms of which are incorporated herein, and you consent to our policies set forth therein.

**ADDITIONAL TERMS AND CONDITIONS**

Additional terms and conditions of Travelocity and/or its Third Party Suppliers may apply to reservations, purchases of goods and services and other uses of portions of this site and our services. You agree to abide by any such additional terms and conditions and you understand that if you violate any such terms and conditions, it may result in cancellation of your

reservation(s), in your being denied access to the applicable travel product or services, and in your forfeiting any amounts paid for such reservation(s). Travelocity may debit your credit or debit card account or charge you for any costs we incur as a result of such violation. You acknowledge that some Third Party Suppliers offering certain services and/or activities may require you to sign their liability waiver prior to participating in the service and/or activity they offer.

**MISCELLANEOUS**

The relationship between Travelocity and you will be that of independent contractors, and neither of us nor any of our respective officers, agents or employees will be held or construed to be partners, joint ventures, fiduciaries, employees or agents of the other. You may not assign, convey, subcontract or delegate your rights, duties or obligations hereunder. These terms and conditions shall be deemed severable. In the event that any provision is determined to be unenforceable or invalid, such provision shall nonetheless be enforced to the fullest extent permitted by applicable law, and such determination shall not affect the validity and enforceability of any other remaining provisions. The headings used in this User Agreement are included for convenience only and will not limit or otherwise affect the terms and conditions herein. This User Agreement, together with any terms and conditions incorporated herein or referred to herein constitute the entire agreement between us relating to the subject matter hereof, and supersedes any prior understandings or agreements (whether oral or written) regarding the subject matter, and may not be amended or modified except in writing or by making such amendments or modifications available on this site.

**SELLER OF TRAVEL REGISTRATIONS**

Travelocity is registered as a seller of travel in each of the states listed below:

- California registration number: 2056372-50 -- Registration as a California Seller of Travel does not constitute approval by the State of California.
- Florida registration number: ST-34200
- Hawaii registration number: TAR-6436
- Iowa registration number: 679
- Nevada registration number: 2004-0114 -- NOTE: You may be eligible for payment from the State of Nevada Recovery Fund for Consumers Damaged by Sellers of Travel if you have paid money to a seller of travel registered in Nevada for the purchase of travel services or a vacation certificate and you have suffered certain financial damages as a result of the transaction. To obtain information relating to your rights under the Recovery Fund and the filing of a claim for recovery from the Recovery Fund, you may contact the Consumer Affairs Division of the Department of Business and Industry in the State of Nevada at the following locations: Southern Nevada:

1850 East Sahara Avenue, Suite 101
Las Vegas, Nevada 89104
Phone: (702) 486-7355
Fax: (702) 486-7371
ncad@fyiconsumer.org

Northern Nevada:

4600 Kietzke Lane
Building B, Suite 113
Reno, Nevada 89502
Phone: (775) 688-1800
Fax: (775) 688-1803
renocad@fyiconsumer.org

- Washington registration number: 602119764

Last Revised April 16, 2010

# Exhibit D

User Agreement
## USER AGREEMENT

**PLEASE READ THIS USER AGREEMENT CAREFULLY BEFORE USING THIS SITE.** Your use of Travelocity's web sites, mobile applications and services (the "Travelocity Service") is expressly conditioned on your acceptance of the terms and conditions of this User Agreement. By using the Travelocity Service, you signify your agreement to these terms and conditions. If you do not agree with any part of these terms and conditions, you may not use the Travelocity Service. Travelocity may at any time modify this User Agreement and your continued use of the Travelocity Service will be conditioned upon the terms and conditions in force at the time of your use.

### AGE AND RESPONSIBILITY

You represent that you are of sufficient legal age to create binding legal obligations for any liability you may incur as a result of the use of the Travelocity Service. If you use the Travelocity Service, you are responsible for maintaining the confidentiality of your account information and your password. You agree to accept responsibility for all activities that occur under your account or password. You understand that you are responsible for all uses of the Travelocity Service by you and those using your login information.

### OWNERSHIP

The web sites and mobile applications making a part of the Travelocity Service, and each of their modules, together with the arrangement and compilation of the content found on such sites and applications, are the copyrighted property of Travelocity.com LP (together with its corporate affiliates, "Travelocity") and/or its third party suppliers and content providers ("Third Party Suppliers"). Certain data relating to schedules is the copyrighted work of third party information providers. In addition, the trademarks, logos and service marks displayed (collectively, the "Trademarks") are registered and common law Trademarks of Travelocity and/or its Third Party Suppliers. No license or right to use any of the Trademarks without the written permission of Travelocity, or such other party that may own the Trademarks, is granted or should be implied. The Travelocity Service and the content provided thereby, including text, graphics, button icons, audio and video clips, digital downloads, data compilations and software, may not be copied, reproduced, republished, uploaded, posted, transmitted or distributed without the written permission of Travelocity, and/or its Third Party Suppliers, except that you may download, display and print the materials presented by the Travelocity Service for your personal, non-commercial use only. You must retain all copyright and trademark notices, including any other proprietary notices, contained in the materials, and you must not alter, obscure or obliterate any of such notices. The use of such materials on any other web site, application or in any environment of networked computers is prohibited. Unauthorized use of the Travelocity Service and/or the materials provided thereby may violate applicable copyright, trademark or other intellectual property laws or other laws. You shall be solely liable for any damages resulting from any infringement of copyright, trademark, or other proprietary right, or any other harm resulting from your use of the Travelocity Service.

### USE OF THE TRAVELOCITY SERVICE

Travelocity grants you a limited, non-transferable license to access and make personal use of the Travelocity Service in accordance with the terms and conditions of this User Agreement. You may only use the Travelocity Service to make legitimate reservations or purchases for personal, non-commercial use and shall not use the Travelocity Service for any other purpose, including without limitation, to make any speculative, false or fraudulent reservation or any reservation in anticipation of demand. For avoidance of doubt, this license does not include any resale or commercial use of the Travelocity Service or its contents or any derivative use of the Travelocity Service or its contents. Without limiting the foregoing, you may not:

use or authorize or permit any third party to use on your behalf any "robot," "spider" or other automatic device, or a program, algorithm or methodology having similar processes or functionality, or any manual process, to monitor or copy any of the web pages, data or content making a part of the Travelocity Service, in any case without the prior written consent of Travelocity;

utilize any software, application, or algorithm, whether integrated in a browser or otherwise, that frames, modifies or adds content to the layout, design, or content of any web page or application making a part of the Travelocity Service;

transmit or otherwise transfer any web pages, data or content making a part of the Travelocity Service to any other computer, server, web site, application or other medium for mass distribution or for use in any commercial enterprise;

use any device, software or routine to interfere or attempt to interfere with the proper working of the Travelocity Service;

take any action that imposes a burden or load on the Travelocity Service's infrastructure that Travelocity deems in its sole discretion to be unreasonable or disproportionate to the benefits Travelocity obtains from your use of the Travelocity Service; or

post or transmit via the Travelocity Service (a) any unlawful, threatening, libelous, defamatory, obscene, indecent, inflammatory, pornographic or profane information or material, (b) any information or material that (i) could constitute or encourage conduct that would be considered a criminal offense, give rise to civil liability, or otherwise violate any law, (ii) infringes the rights of others or violates their privacy or publicity rights, (iii) is protected by copyright, trademark or other proprietary right (unless with the express written permission of the owner of such right), (iv) contains a virus, bug or other harmful item, or (v) is used to unlawfully collude against another person in restraint of trade or competition.

In its sole discretion, in addition to any other rights or remedies available to Travelocity and without any liability whatsoever, Travelocity at any time and without notice may terminate or restrict your access to the Travelocity Service. If you have been notified by Travelocity that you are prohibited from using the Travelocity Service, then notwithstanding the foregoing you have no license to use the Travelocity Service and any access by you or on your behalf shall be unauthorized and unlawful. Travelocity may provide notice under this or any other section of this agreement via an email sent to the email address contained in your user profile or otherwise used to make a booking via the Travelocity Service, or in any other reasonable manner. Travelocity reserves the right to cancel any and all bookings or other transactions you have made using the Travelocity Service after you have been prohibited from using the Travelocity Service, with no liability whatsoever to you.

**SUBMITTED CONTENT; REVIEW OF TRANSMISSIONS**

These terms and conditions apply to any journals, recommendations, reviews, opinions, news articles, directories, guides, text, photographs, illustrations, graphics, logos, audio clips, images, information, data, photographs, software, messages, ideas, comments, questions, or other materials received by Travelocity from you (collectively "Submitted Content"). Travelocity shall have the right (but not the obligation) to, from time to time monitor and review Submitted Content and any other information transmitted or received through the Travelocity Service and reserves the right to censor, edit, remove or prohibit the transmission or receipt of any information that Travelocity deems inappropriate or in violation of these terms and conditions. During monitoring, the Submitted Content may be examined, recorded or copied, and your use of the Travelocity Service constitutes your consent to such monitoring and review. You agree that you are responsible for the Submitted Content, and Travelocity disclaims any responsibility and assumes no liability with respect to Submitted Content. By providing Submitted Content, you warrant that: (a) you are the owner of such Submitted Content, or have been granted all the rights necessary from the owner thereof to provide such Submitted Content to Travelocity and for the use by Travelocity as stated herein, and (b) the use of such Submitted Content by Travelocity will not infringe the intellectual property rights of or otherwise violate the rights of any third party. You shall be solely liable for any damages resulting from any infringement of copyright, trademark, or other proprietary right or any other harm resulting from your use of the Travelocity Service. You agree that if you provide Submitted Content, you grant Travelocity a worldwide, non-exclusive, royalty-free, perpetual, irrevocable, and fully sublicenseable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, display, perform, transfer, or sell such Submitted Content in any form, media or technology for any purpose whatsoever, including, without limitation, a commercial purpose, without any compensation to you, and you waive all moral rights with respect thereto. You further grant Travelocity the right to pursue at law any person or entity that violates your or Travelocity's rights in the Submitted Content by a breach of this User Agreement. You agree that you will not publish, submit, provide, or display such Submitted Content to or on any other commercial travel-related web-site, application or online service without Travelocity's prior written consent, which consent may be withheld by Travelocity in its sole discretion. Consent may be requested by clicking here. You agree that Travelocity may choose to provide attribution of Submitted Content provided by you (for example, showing your name and hometown on a travel review that you submit) at our sole discretion, and that such Submitted Content may be shared with Travelocity's Third Party Suppliers, distribution partners, customers and other third parties.

**CLAIMS OF COPYRIGHT INFRINGEMENT**

The Digital Millennium Copyright Act of 1998 (as amended, the "DMCA") provides recourse for copyright owners who believe that material appearing on the Internet infringes their rights under U.S. copyright law. If you believe in good faith that materials hosted by us infringe your copyright, you (or your agent) may send us a notice requesting that the material be removed, or access to it blocked. Such notice must include

An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;

A description of the copyrighted work that you claim has been infringed upon;

A description of where the material that you claim is infringing is located on the site;

Your address, telephone number, and e-mail address;

A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;

A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Notices and counter-notices with respect to the site should be sent to Travelocity.com LP, 3150 Sabre Drive, Southlake, TX 76092, Attn: General Counsel, Fax: 682-605-0068. We suggest that you consult your legal advisor before filing a notice or counter-notice. Also, be aware that there can be penalties for false claims under the DMCA. Please note that the fax number above is NOT for Customer Care; we will not respond to customer service inquiries directed there. To reach Customer Care, please click here.

**CURRENCY CONVERSION**

Currency rates are based on various publicly available sources and should be used as guidelines only. Rates are not verified as accurate, and actual rates may vary. Currency quotes are not updated every day. Check the date on the currency converter feature for the day that currency was last updated. The information supplied by this application is believed to be accurate, but Travelocity and/or its Third Party Suppliers do not warrant or guarantee such accuracy. When using this information for any financial purpose, we advise you to consult a qualified professional to verify the accuracy of the currency rates.

**EXCLUSION OF WARRANTIES**

NEITHER TRAVELOCITY NOR ANY OF ITS THIRD PARTY SUPPLIERS MAKE ANY WARRANTY OF ANY KIND REGARDING THE TRAVELOCITY SERVICE AND/OR ANY MATERIALS PROVIDED VIA THE TRAVELOCITY SERVICE, ALL OF WHICH ARE PROVIDED ON AN "AS IS" BASIS. NEITHER TRAVELOCITY NOR ANY OF ITS THIRD PARTY SUPPLIERS WARRANT THE ACCURACY, COMPLETENESS, CURRENCY OR RELIABILITY OF ANY OF THE CONTENT OR DATA PROVIDED VIA THE TRAVELOCITY SERVICE AND SUCH PARTIES EXPRESSLY DISCLAIM ALL WARRANTIES AND CONDITIONS, INCLUDING IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT, AND THOSE ARISING BY STATUTE OR OTHERWISE IN LAW OR FROM A COURSE OF DEALING OR USAGE OF TRADE. NEITHER TRAVELOCITY NOR ANY OF ITS THIRD PARTY SUPPLIERS WARRANT THAT THIS THE TRAVELOCITY SERVICE IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. SOME STATES DO NOT ALLOW THE DISCLAIMER OF IMPLIED WARRANTIES, SO THE FOREGOING DISCLAIMER MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC RIGHTS WHICH VARY FROM STATE TO STATE.

THE TRAVELOCITY SERVICE PROVIDES LINKS TO OTHER WEB SITES WHICH SOLELY AS A CONVENIENCE TO YOU AND NOT AS AN ENDORSEMENT BY TRAVELOCITY OR ITS THIRD PARTY SUPPLIERS OF THE CONTENTS OF SUCH OTHER WEB SITES OR THE GOODS OR SERVICES PROVIDED THEREON. NEITHER TRAVELOCITY NOR ANY THIRD PARTY SUPPLIER SHALL BE RESPONSIBLE FOR THE CONTENT OF ANY OTHER WEB SITES AND MAKE NO REPRESENTATION OR WARRANTY REGARDING ANY OTHER WEB SITES OR THE CONTENTS OR MATERIALS ON SUCH WEB SITES OR THE

GOODS OR SERVICES PROVIDED THEREON. IF YOU DECIDE TO ACCESS OTHER WEB SITES, OR TO USE SUCH GOODS OR SERVICES, YOU DO SO AT YOUR OWN RISK. BY MARKETING TRAVEL TO INTERNATIONAL DESTINATIONS, TRAVELOCITY DOES NOT REPRESENT OR WARRANT THAT TRAVEL TO SUCH DESTINATIONS IS ADVISABLE OR WITHOUT RISK, AND IS NOT LIABLE FOR DAMAGES OR LOSSES THAT MAY RESULT FROM TRAVEL TO SUCH DESTINATIONS.

TRAVELOCITY EXPRESSLY RESERVES THE RIGHT TO CORRECT ANY PRICING ERRORS (INCLUDING, WITHOUT LIMITATION, TYPOGRAPHICAL OR DISPLAY ERRORS, INCORRECT THIRD PARTY SUPPLIER INFORMATION, AND CURRENCY CONVERSION MISCALCULATIONS) AND/OR TO CHANGE OR CANCEL PENDING RESERVATIONS MADE UNDER AN INCORRECT PRICE. THIS RIGHT APPLIES WHETHER OR NOT THE ORDER HAS BEEN CONFIRMED AND/OR YOUR CREDIT CARD CHARGED. IN THE EVENT OF A CORRECTION TO A PENDING RESERVATION, AS YOUR SOLE AND EXCLUSIVE REMEDY WE WILL OFFER YOU THE OPPORTUNITY TO KEEP YOUR PENDING RESERVATION AT THE CORRECT PRICE OR, AT YOUR OPTION, WE WILL CANCEL YOUR RESERVATION WITHOUT PENALTY.

**LIMITATION OF LIABILITY**

TRAVELOCITY ASSUMES NO RESPONSIBILITY FOR, AND SHALL NOT BE LIABLE FOR, ANY DAMAGE TO YOUR COMPUTER EQUIPMENT OR OTHER PROPERTY ON ACCOUNT OF YOUR ACCESS TO, OR USE OF, THE TRAVELOCITY SERVICE OR YOUR DOWNLOADING OF ANY MATERIALS, DATA, TEXT, IMAGES, VIDEO OR AUDIO FROM THE TRAVELOCITY SERVICE.

IN NO EVENT SHALL TRAVELOCITY OR ANY OF ITS THIRD PARTY SUPPLIERS BE LIABLE FOR ANY INJURY, LOSS, CLAIM, DAMAGE, OR ANY SPECIAL, EXEMPLARY, PUNITIVE, DIRECT, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY KIND (INCLUDING, BUT NOT LIMITED TO LOST PROFITS OR LOST SAVINGS), WHETHER BASED IN CONTRACT, TORT, STRICT LIABILITY, EQUITY OR OTHERWISE, WHICH ARISE OUT OF OR ARE IN ANY WAY CONNECTED WITH (I) ANY USE OF THE TRAVELOCITY SERVICE OR CONTENT FOUND THEREIN, (II) ANY FAILURE OR DELAY (INCLUDING, BUT NOT LIMITED TO THE USE OF OR INABILITY TO USE ANY COMPONENT OF THIS SITE FOR RESERVATIONS OR TICKETING), OR (III) THE PERFORMANCE OR NON-PERFORMANCE BY TRAVELOCITY OR ANY OF ITS THIRD PARTY SUPPLIERS, INCLUDING, BUT NOT LIMITED TO, NON-PERFORMANCE RESULTING FROM BANKRUPTCY, REORGANIZATION, INSOLVENCY, DISSOLUTION OR LIQUIDATION EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF DAMAGES TO SUCH PARTIES OR ANY OTHER PARTY.

THE THIRD PARTY SUPPLIERS PROVIDING TRAVEL OR OTHER SERVICES ON THIS SITE ARE INDEPENDENT CONTRACTORS AND NOT AGENTS OR EMPLOYEES OF TRAVELOCITY. TRAVELOCITY IS NOT LIABLE FOR THE UNINTENTIONAL OR INTENTIONAL ACTS, ERRORS, OMISSIONS, REPRESENTATIONS, WARRANTIES, BREACHES OR NEGLIGENCE OF ANY SUCH THIRD PARTY SUPPLIERS OR AGENTS OF THIRD PARTY SUPPLIERS OR FOR ANY PERSONAL INJURIES, DEATH, PROPERTY DAMAGE, OR OTHER DAMAGES OR EXPENSES RESULTING THEREFROM. TRAVELOCITY SHALL HAVE NO LIABILITY AND WILL MAKE NO REFUND IN THE EVENT

OF ANY DELAY, CANCELLATION, OVERBOOKING, STRIKE, FORCE MAJEURE OR OTHER CAUSES BEYOND ITS DIRECT CONTROL, AND SHALL HAVE NO RESPONSIBILITY FOR ANY ADDITIONAL EXPENSE, OMISSIONS, DELAYS, RE-ROUTING OR ACTS OF ANY GOVERNMENT OR AUTHORITY.

IF, NOTWITHSTANDING THE FOREGOING, TRAVELOCITY OR ANY THIRD PARTY SUPPLIER SHOULD BE FOUND LIABLE FOR ANY LOSS OR DAMAGE WHICH ARISES OUT OF OR IS IN ANY WAY CONNECTED WITH ANY OF THE ABOVE DESCRIBED FUNCTIONS OR USES OF THE TRAVELOCITY SERVICE OR ITS CONTENT, THE LIABILITY OF TRAVELOCITY AND THE THIRD PARTY SUPPLIERS SHALL IN NO EVENT EXCEED, IN THE AGGREGATE, THE TOTAL AMOUNT PAID TO TRAVELOCITY IN CONNECTION THEREWITH. SOME STATES OR JURISDICTIONS, TO THE EXTENT THEIR LAW MIGHT BE DEEMED TO APPLY NOTWITHSTANDING THE SELECTION OF TEXAS LAW AS DESCRIBED BELOW, DO NOT ALLOW LIMITATION OF LIABILITY, SO THE FOREGOING LIMITATION MAY NOT APPLY TO YOU.

**INDEMNIFICATION**

You shall defend and indemnify Travelocity and any Third Party Suppliers and its and their respective owners, officers, directors, employees and agents from and against any claim, cause of action or demand, including without limitation reasonable legal and accounting fees, brought by or on your behalf in excess of the liability described herein or by third parties as a result of your use of the Travelocity Service (including without limitation any violation by you of these terms and conditions, any law or the rights of a third party).

**RESOLUTION OF DISPUTES**

This User Agreement and its performance shall be governed by the laws of the State of Texas, United States of America, without regard to conflict of laws provisions that would result in the application of the laws of any other jurisdiction. If a dispute does arise between you and Travelocity, our goal is to provide you with a neutral and cost effective means of resolving the dispute quickly. Accordingly, you and Travelocity agree that we shall resolve any action, claim or controversy at law or equity (a "Claim") that arises out of your use of the Travelocity Service, this User Agreement, or the parties' relationship in connection with the Travelocity Service or this User Agreement in accordance with one of the subsections below or as otherwise mutually agreed by the parties in writing. Before resorting to these alternatives, we strongly encourage you to first contact us directly to seek a resolution by contacting Customer Care, since most customer concerns can be resolved quickly and satisfactorily in this manner.

**Submission to Jurisdiction in Texas** - You agree that unless otherwise mutually agreed by the parties in writing or as described in the Mandatory Arbitration subsection below, any Claims shall be brought in the state or federal courts located in Tarrant County, the State of Texas, United States of America. Unless otherwise prohibited by applicable law, any Claim must be brought within two (2) years from the date on which such Claim arose or accrued.

**Mandatory Arbitration** - Any Claim where the total amount in controversy is less than US$10,000, shall be resolved via binding, non-appearance-based arbitration initiated through the American Arbitration Association ("AAA"). The AAA Rules are available online at www.adr.org or by calling the AAA at 1-800-778-7879. AAA and the parties must comply with the following rules: (a) the arbitration shall be conducted by telephone, online and/or be

solely based on written submissions, the specific manner shall be chosen by the party initiating the arbitration; (b) the arbitration shall be conducted by an arbitrator in Tarrant County, Texas who is approved or otherwise affiliated with the AAA; (c) the arbitration shall not involve any personal appearance by the parties or witnesses unless otherwise mutually agreed by the parties in writing; (d) the arbitrator may award injunctive or declaratory relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim; (e) unless otherwise mutually agreed by the parties in writing, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding; and (f) any judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction. If subparagraph (e) above is found to be unenforceable, then the entirety of this Mandatory Arbitration provision shall be null and void. **YOU UNDERSTAND AND AGREE THAT, BY ENTERING INTO THIS USER AGREEMENT, YOU AND TRAVELOCITY ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION WITH RESPECT TO THE CLAIMS COVERED BY THIS MANDATORY ARBITRATION PROVISION.**

**Improperly Filed Claims** - All Claims you bring against Travelocity must be resolved in accordance with this Resolution of Disputes Section. All Claims filed or brought contrary to the Resolution of Disputes Section shall be considered improperly filed and void. Should you file a Claim contrary to the Resolution of Disputes Section, Travelocity may recover attorneys' fees and costs up to $1,000, provided that Travelocity has notified you in writing of the improperly filed Claim, and you have failed to promptly withdraw the Claim.

## ATTORNEY'S FEES

If Travelocity takes any action to enforce this User Agreement, and such Claim is not resolved pursuant to the Mandatory Arbitration provision under RESOLUTION OF DISPUTES, above, Travelocity will be entitled to recover from you, and you agree to pay, all reasonable attorney's fees and any costs of litigation, in addition to any other relief, at law or in equity, to which Travelocity may be entitled. Moreover, you agree that Travelocity may debit your credit or debit card or charge you for any such amounts.

## INJUNCTIVE RELIEF

You acknowledge that a violation or attempted violation of any of this User Agreement will cause such damage to Travelocity as will be irreparable, the exact amount of which would be impossible or difficult to ascertain and for which there will be no adequate remedy at law. Accordingly, you agree that Travelocity shall be entitled as a matter of right to seek an injunction from any court of competent jurisdiction, restraining such violation or attempted violation of these terms and conditions by you, or your affiliates, partners, or agents, without having to post a bond or other security.

## PRIVACY

You have read the Travelocity Privacy Policy, the terms of which are incorporated herein, and you agree that the terms of such policy are reasonable. You consent to the use of your personal information by Travelocity and/or its Third Party Suppliers in accordance with the terms of and for the purposes set forth in the Travelocity Privacy Policy.

**TAXES, GOVERNMENTAL FEES, TAX RECOVERY CHARGES AND SERVICE FEES**

A number of taxes, governmental fees, Tax Recovery Charges, and service fees may apply to your transactions on this site. You have read the pop-up entitled "Information on Taxes, Governmental Fees, Tax Recovery Charges and Service Fees", the terms of which are incorporated herein, and you consent to our policies set forth therein. Links to Travelocity's New York Certificates of Authority for taxes can be found at the end of this User Agreement.

**ADDITIONAL TERMS AND CONDITIONS**

Additional terms and conditions of Travelocity and/or its Third Party Suppliers may apply to reservations, purchases of goods and services and other uses of the Travelocity Service. You agree to abide by any such additional terms and conditions and you understand that if you violate any such terms and conditions, it may result in cancellation of your reservation(s), in your being denied access to the applicable travel product or services, and in your forfeiting any amounts paid for such reservation(s). Travelocity may debit your credit or debit card account or charge you for any costs we incur as a result of such violation. You acknowledge that some Third Party Suppliers offering certain services and/or activities may require you to sign their liability waiver prior to participating in the service and/or activity they offer.

**MISCELLANEOUS**

The relationship between Travelocity and you will be that of independent contractors, and neither of us nor any of our respective officers, agents or employees will be held or construed to be partners, joint ventures, fiduciaries, employees or agents of the other. You may not assign, convey, subcontract or delegate your rights, duties or obligations hereunder. These terms and conditions shall be deemed severable. In the event that any provision is determined to be unenforceable or invalid, such provision shall nonetheless be enforced to the fullest extent permitted by applicable law, and such determination shall not affect the validity and enforceability of any other remaining provisions. The headings used in this User Agreement are included for convenience only and will not limit or otherwise affect the terms and conditions herein. This User Agreement, together with any terms and conditions incorporated herein or referred to herein constitute the entire agreement between us relating to the subject matter hereof, and supersedes any prior understandings or agreements (whether oral or written) regarding the subject matter, and may not be amended or modified except in writing or by making such amendments or modifications available through the Travelocity Service.

**SELLER OF TRAVEL REGISTRATIONS**

Travelocity is registered as a seller of travel in each of the states listed below:

California registration number: 2056372-50 -- Registration as a California Seller of Travel does not constitute approval by the State of California.

Florida registration number: ST-34200

Hawaii registration number: TAR-6436

Iowa registration number: 679

Nevada registration number: 2004-0114 -- NOTE: You may be eligible for payment from the State of Nevada Recovery Fund for Consumers Damaged by Sellers of Travel if you have paid money to a seller of travel registered in Nevada for the purchase of travel services or a vacation certificate and you have suffered certain financial damages as a result of the

transaction. To obtain information relating to your rights under the Recovery Fund and the filing of a claim for recovery from the Recovery Fund, you may contact the Consumer Affairs Division of the Department of Business and Industry in the State of Nevada at the following locations: Southern Nevada:

1850 East Sahara Avenue, Suite 101
Las Vegas, Nevada 89104
Phone: (702) 486-7355
Fax: (702) 486-7371
ncad@fyiconsumer.org

Northern Nevada:
4600 Kietzke Lane
Building B, Suite 113
Reno, Nevada 89502
Phone: (775) 688-1800
Fax: (775) 688-1803
renocad@fyiconsumer.org
Washington registration number: 602119764

**NEW YORK TAX REGISTRATIONS**

Click here to see Travelocity's New York State Certificate of Authority for sales and use taxes.
Click here to see Travelocity's New York City Certificate of Authority for hotel occupancy taxes.

Last Revised February 1, 2011

App. 36

## CERTIFICATE OF SERVICE

I certify that on April 1, 2013, I caused a true and correct copy of the foregoing document to be served by electronic transmission through the Court's CM/ECF system to counsel registered to receive electronic notification and to be served via First Class U.S. Mail, postage prepaid, upon the following counsel of record:

Adam C. Belsky
Gross Belsky Alonso LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104

Kellie Lerner
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

David R. Scott
Scott + Scott
108 Norwich Ave
PO Box 192
Colchester, CT 06415

Richard E. Shevitz
Cohen & Malad LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204

Guido Saveri
Saveri & Saveri Inc.
706 Sansome Street
San Francisco, CA 94111

 */s/ George S. Cary*
George S. Cary

*Counsel for Defendants Travelocity.com LP and Sabre Holdings Corporation*