UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| ONLINE TRAVEL COMPANY (OTC) HOTEL BOOKING ANTITRUST LITIGATION | § § § § § | Consol. Civil Action No. 3:12-cv-3515-B |

### FINAL JUDGMENT

This Judgment is entered pursuant to the Court's Memorandum Opinion and Order dated October 27, 2014 (doc. 146), which denied Plaintiffs leave to amend after the Court previously dismissed all of Plaintiffs' claims.

It is **ORDERED**, **ADJUDGED**, and **DECREED** by the Court that Plaintiffs take nothing by their suit against Defendants and that this suit be, and is hereby, **DISMISSED WITH PREJUDICE** on the merits.

SO ORDERED.
Dated: October 28, 2014.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE